■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN WHALEY, Appellant, v HAROLD GRAHAM, as Superintendent of Auburn Correctional Facility, Respondent. [832 NYS2d 841]—Appeal from a judgment of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered May 12, 2006 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see People ex rel. Kendricks v Smith*, 52 AD2d 1090 [1976]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.

■ In the Matter of CARL A.G., Appellant, v MYRIAM L.G., Respondent. [833 NYS2d 421]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered February 28, 2006 in a proceeding pursuant to Family Court Act article 6. The order dismissed the amended petition.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ.